IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICARDO D. EDWARDS, | ) | No. 2:12-cv-0741 |
| | ) | Judge Joy Flowers Conti/ |
| Plaintiff, | ) | Magistrate Judge Cynthia Reed Eddy |
| | ) | |
| v. | ) | |
| | ) | |
| PEOPLES NATURAL GAS CO., and | ) | |
| MICHAEL GIAMPAOLO, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, THIS 18th day of July 2012, a Complaint having been filed in this matter [ECF No. 1], the Magistrate Judge, prior to ordering service on the Defendants, filed a Report and Recommendation [ECF No. 2] recommending that the Court act sua sponte to dismiss the Complaint for failure to conform to the requirements of Federal Rules of Civil Procedure 8(a) and 12(b)(6). The Magistrate Judge further recommended that this dismissal be without prejudice in order to give Plaintiff the opportunity to amend. Objections to the Report and Recommendation were due on July 17th, and none were filed.

Upon independent review of the record, including the Magistrate Judge's Report and Recommendation [ECF No. 2], which is adopted as the opinion of this Court, IT IS HEREBY ORDERED that Plaintiff's Complaint [ECF No. 1] be dismissed without prejudice to Plaintiff's right to amend.  IT IS FURTHER ORDERED that if Plaintiff elects to file an Amended Complaint he must do so on or before August 10, 2012.  Should Plaintiff fail to file a timely Amended Complaint, this matter will be subject to dismissal for failure to prosecute.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:   Ricardo D. Edwards
      124 Alana Drive
      Saxonburg, PA  16056